Kerry BOONE, Plaintiff—Appellant,

v.

HARRELL, MDII; B. Parris, MDII; Albritton, Sergeant; Lowe, Deputy, Defendants—Appellees.

No. 08–6508.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2008.

Decided: July 2, 2008.

Kerry Boone, Appellant Pro Se. Lisa Ehrich, Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellees.

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kerry Boone appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *Boone v. Harrell,* No. 2:06–cv–00619–JBF–FBS (E.D.Va. Mar. 13, 2008). We deny Boone's motions for subpoenas and his motion to produce tape recorded interviews. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*